## A. W. Francke et al., Appellants, v. William W. Eadie et al., Appellees.

### Gen. No. 9,415.

opinion filed June 28, 1940; rehearing denied August 1, 1940. Walter E. Healy and Harry L. Heer, for appellants; Burrell & Burrell and Nack & Nack, for appellee; David M. Burrell, of counsel. Opinion by JUSTICE HUFFMAN. "Not to be published in full."